# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-1866

_____

Timothy Watkins

*Plaintiff - Appellant*

v.

Arkansas, State of; Keith Rhodes, Individually

*Defendant*s

Brad Perkins, Individually

*Defendant - Appellee*

Hazen District Court; Billy's Trucking; David Smith, Individually

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: October 30, 2019
Filed: November 4, 2019
[Unpublished]

_____

Before LOKEN, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Timothy Watkins appeals following the district court's[1] judgment on an adverse jury verdict in his 42 U.S.C. § 1983 action. Watkins's challenges to prior decisions of this court are precluded under the law-of-the-case doctrine. See Thompson v. Comm'r of Internal Revenue, 821 F.3d 1008, 1011 (8th Cir. 2016) (reiterating the principle that "when a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages of the same case."). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.